UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | | Crim. No. 08-403 (JLL) |
| v. | : | Crim. No. 12-301 (JLL) |
| MAURICE BETHEA | : | ORDER |

This matter having come before the Court on the motion of defendant Maurice Bethea, through his counsel Thomas Ashley, Esq., and with the consent of the United States of America (Paul J. Fishman, United States Attorney, Matthew E. Beck, Assistant United States Attorney, appearing), requesting that Maurice Bethea's self-surrender date of March 18, 2013 be extended to April 8, 2013, and for good cause having been shown:

WHEREFORE, on this 15th day of March, 2013,

**IT IS ORDERED** that Maurice Bethea's request to extend the self-surrender date to April 8, 2013 is hereby **GRANTED**; and it is further

**ORDERED** that Maurice Bethea shall surrender to the institution that has been designated, namely Federal Correctional Institution located at Canaan USP SCP, 3057 Easton Turnpike, Waymark, PA 18472, no later than Noon on April 8, 2013; and it is further

**ORDERED** that the Clerk of the Court provide certified copies of this Order to the U.S. Marshal Service and U.S. Probation.

_____
HON. JOSE L. LINARES
United States District Judge